UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

           -against-

Abass Gles

           Defendant
------------------------------------X

**NOTICE OF OMNIBUS MOTION**
07 CR 311(DAB)

PLEASE TAKE NOTICE, that Abass Gless, will move on June 28, 2007 or as soon as counsel can be heard for an order by the Court:

    Directing the government to supply discovery and a bill of particulars.

Dated: New York, New York
June 13, 2007

MICHAEL HURWITZ, ESQ.-3306
Attorney for Defendant
299 Broadway, Suite 800
New York, NY 10007