UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

              -against-                     07 Cr. 311 (DAB)
                                                      ORDER

ABBAS GLES,

              Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     On September 6, 2007 the Defendant pled guilty before Magistrate Judge Gabriel Gorenstein. On October 3, 2007 the Court Ordered the Probation Office to complete its final Pre-sentencing Report by December 19, 2007. On December 5, 2007, the Court received a letter from Probation Officer Quinn, noting that the Defendant requested new counsel, and seeking direction whether to proceed with the presentence investigation. On December 12, 2007 Magistrate Judge Theodore Katz appointed new counsel for the Defendant. On January 2, 2008 the Court received a letter from Defendant's new counsel stating that "Mr. Gles is now prepared to move forward with his interview with Probation Officer Walter Quinn, and that interview is now scheduled for January 18, 2008."

     Accordingly, the Pre-sentence Report is now due March 18, 2008. The Parties shall submit to Chambers any pre-sentencing arguments and information that they might wish to present by 4:00 on April 1, 2008. Even if the Parties completely concur with the recommendations of the Probation Office's Pre-sentencing Report

or if a Party has no response to the opposing Party's pre-sentencing submission, the Court nonetheless requires a written statement to that effect on or before April 1, 2008.

The sentencing date has been adjourned sine die.

SO ORDERED.

Dated:   New York, New York
         January 2, 2008

_____
DEBORAH A. BATTS
United States District Judge