EXHIBIT A

# Linklaters

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
alison.von_rosenvinge@linklaters.com

Walter J. Quinn
U.S. Probation Office
U.S. District Court
Southern District of New York
500 Pearl Street, 7th Floor
New York, NY 10007

**By Electronic Mail and Regular Mail**                    March 4, 2008

Re:    *United States v. Abass Gles,* 07-CR-311-02 (DAB)

Dear Mr. Quinn:

As you know, we represent defendant Abass Gles in the above-referenced action. After reviewing the Presentence Investigation Report ("PSR") prepared on February 20, 2008 and received on February 20, 2008, Mr. Gles would like to correct certain minor inaccuracies contained therein. This letter details those inaccuracies, in the hope that the items will be corrected in your final report.

On page 1, the code section cited under Count 2 is 18 U.S.C. § 1029(b)(1). Mr. Gles was charged with a violation of 18 U.S.C. § 1029(b)(2).

On page 2, Mr. Gles is listed as "undomiciled." At the time of his arrest, Mr. Gles lived at 122 Hudson Street, Apt. 2, Newark, NJ 07103.

On page 3, the code section cited under Count 2 is 18 U.S.C. § 1029(b)(1). Mr. Gles was charged with a violation of 18 U.S.C. § 1029(b)(2).

Paragraph 39 states Mr. Gles' mother's name is Lami Adamu. Ms. Adamu's formal name is Jazatu Adamu; her family calls her Lami.

Paragraph 42 contains a misspelling of Mr. Gles' wife's name. The correct spelling is "Tracey Oppong."

Paragraph 43 states that Ms. Oppong currently works in the Bronx. Ms. Oppong currently holds a part-time position in White Plains, New York.

This communication is confidential and may be privileged or otherwise protected by work product immunity

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Supreme Court of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is regulated by the Law Society of England and Wales. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.

//

Linklaters

Paragraph 44 states that Mr. Gles and Ms. Oppong were not living together because Ms. Oppong was working in the Bronx. At the time of his arrest, Mr. Gles and Ms. Oppong were living apart so that Ms. Oppong would be eligible for in-state tuition at the college she was attending in New York. Ms. Oppong lived with her mother at the time. Mr. Gles lived in New Jersey because it was cheaper than moving to the Bronx.

In paragraph 49, Mr. Gles only drove a cab occasionally from November 2006 through January 2007. It was not a steady job.

The Probation Office has calculated a loss amount that is different from the loss amount in the Plea Agreement. (PSR at ¶¶ 8-17, 24, 59, 70). The PSR has not provided an explanation for the loss amounts, analysis of its methods or corroborating support. We are unable to evaluate the loss amount without further information about how the Probation Office made its calculations. We explicitly reserve the right to object to the loss amount calculations after we have been given the opportunity to review the supporting evidence and methodology.

Best Regards,


Alison von Rosenvinge
Associate


cc:              Assistant United States Attorney John Zach