EXHIBIT E

In case of the reply the number
and the date of this letter
should be quoted.

My Ref. No:

Your Ref. No:



PSYCHIATRIC HOSPITAL
GHANA HEALTH SERVICE
P. O. BOX 1305,
ACCRA, GHANA.

21st February, 2008.

MR. ALISON von ROSENVINGE
LINKLATERS LLP
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105
USA

Dear Sir,

**MEDICAL REPORT**
**REF: MRS. ADAMU  - AGED  50YRS.**

The patient mentioned above has been in treatment at this hospital for the past ten (10) years for seizure disorder (grand mal)

The seizures are well controlled   She is reviewed periodically.

DR. SAMUEL ODONKOR