EXHIBIT F

January 4, 2008

Dear Judge Batts,

My name is Tracey Oppong, I am the wife of Abass Gles. I am writing this letter with hopes that when he is being sentenced, you can take some things into consideration. I want to start off by letting you know that He is not a bad guy, but due to certain circumstances and influences ended up in a horrible situation. I suffer from a disorder called lupus. Lupus as you may know is an auto immune disease. It affects the immune system in many ways. I have had Lupus since I was 13 years old. The type of lupus I have not only affects me internally, but also externally. I tend to break out in these horrible rashes all over my body and it is sometimes unbearable to walk, talk or do anything. The rashes would get so bad sometimes that I would be forced to stay indoors. Whenever I had a job, I would be forced to stay home for a long period of time due to weakness, and eventually would get fired, or just could no longer work. Since I met Abass, he has made me feel comfortable in my own skin, I felt safe with him. He and I lived together from 2005 until his arrest. The times I was living with him, whenever I would feel sick he would take care of me in any possible way. He would take me to the hospital, and stay with me, when I would get released he would run around getting my medication, take me to my doctor's appointments. He would do anything necessary to make me feel at ease. Abass was my caretaker. Since Abass has been gone, I have faced so many hardships. I'm always in and out of the hospital, my lupus is sometimes triggered by stress, and since he has been gone, believe me I have had many flare ups. It is very difficult for me, because he was the only one that was there for me. I deal with this struggle all the time by myself, and the harder it gets for me, the more my sickness appears. Ab (as the family calls him) was not only taking care of me, but he was also the sole provider for his own family. He would take care of his family back home at Ghana due to the early demise of his father. He was forced to be head of household for 2 families. Everybody depended on him to take care of them, so due to stress and desperation felt he had to do whatever necessary to take care of his family. Abass is not at all a bad person, but due to certain influences and company he strayed the wrong way. Before his

arrest, he was enrolled in Essex Community College. He was looking to better himself. He would always tell me how he couldn't wait to get his degree so that his father could be proud of him. I'm begging you to please be lenient when sentencing. He is not a criminal, he is just a young man that was trying to look out, and take care of his family. I know by know this all sound all too familiar to you, but please believe me when I tell you that if given the opportunity and the chance you will see that he is a humble young man with a promising future. Abass has definitely learned his lesson.

Sincerely,
Tracey Opporg