# EXHIBIT H

Dear Judge Debrah

Hello, hi my name is Nasir, I am sixteen years old, I attend Lincoln H.S. in Yonkers. Abass is the Big brother I never had, he has always been here for me. When I was in 5th grade he would help me with matematics, because I wasn't really good at it. After a while with his help it became easier for me, and I would also pass my exams. I really miss abass's support to my family. Over the passed years, that I've known abass, he has been a major Impact on all of us. He inspires us to aim High in school. He is a person who really takes education seriously. Every time I bring my report card home, and it's good, he takes me and my cousins either shopping or out to eat. He really made me want to get good grades in school, because of his beautiful rewards. Abass is also a person who doesn't play with his religion, whenever we are with him, he makes sure that we do our prayers. Abass is really a holy person. He gets it from his father, his father was also a holy person, may his soul rest in peace. Abass is a person, that I believe that could play a role in society, because of his hard work. He is very intelligent, and I think he should use his intelligence outside

of the cell, instead of inside the cell. Abass really deserves to be out, because of how he is very generous to people. I know Abass didn't make the best decisions, but I feel if you give him a chance to come out and redeem himself, you'll see changes in his character. So please Judge Debrah I am begging you to feel for us, and let Abass come out. It would be a dream come true.

Sincerely, Nasir Alabi