EXHIBIT J

Dear Judge Deborah A. Batts

My name is yahya M. Abdullat
I am abass's younger
cousin. I am 16 years old.
I am in a New High school
called Dream yard prep. The
reason I am write this
letter is to inform you that
My cousin is a very good
Mad. He is a caring kind
and loving person and Also
he is respectful. Abass is
the type of person a child
Would take as a role model.
He is a very cool person
when I need someone to talk
to I go to him for
advice. He gives good advice.
Abass takes me and my
other cousins Out and he
make sure we have a
good Time. One thing That
I love about Abass is
that he always stresses
education and I love to
learn. please Let him
Free I beg you.

Yours Truly
yahya Abdullat