**EXHIBIT K**

Case 1:07-cr-00311-DAB    Document 31-12    Filed 03/31/2008    Page 1 of 2

Dear Judge Deborah A. Batts,

Hi my name is Shaida, I am 14 years old. I am also Abass's younger cousine. Abass always stressed that education comes first, and It is the only thing thats going to get me through life. I remember one day when he asked me what do I want to be when I grow up, I told him that I wanted to become a Doctor. He told me to just follow my dreams and my dreams would take me there. Since Abass left its been like a big ~~[scribbled]~~ space in heart left. I dont know how much I can stress to you enought how much I miss abass. Abass is a big help in our family. He was always their for us when we needed him. whenever we needed something there comes Abass running. Abass is a nice and careing pearson. So Ms. Batts, I come to you not only on the behaf of myself but on the behaf of my whole family. we are asking you with all our hearts to let Abass go so we can fill in that missing space in our hearts.

Sincearly,
Shaida Alabi.