**EXHIBIT L**

Dear Judge Batts,

My name is Hasiya Abubakari and I am also a student at Bronx Community College. I am a very good friend of the defendant, Mr. Gles and I have known him for over ten years. The reason for this letter is that, I am aware of the fact that Mr. Gles has pleaded guilty to a very serious crime. I am writing to ask for your honor, compassion, and mercy in sentencing him. Abbass Gles is a very good person as much as I know him. He has been a motivation factor in my life especially when I had problems with my step mom and didn't have anybody to turn to. He also helped me to get my first job and encouraged me to go back to school to further my education. He was someone I could always count on whenever I needed a shoulder to cry on.

Growing up in a house my biological mother, I had so many issues with my step mom and being that my father was sick with heart problems, I was in extremely financial difficulty. This guy was like a spiritual advisor who kept on being there for me whenever I called on him. The situation with me and my stepmother was so bad that I had to leave my house. I had nobody to run to but he was there for me; he helped me to solve the problem between my step mom and I. Abbass Gles has given me both emotional and financial support, even though he had problems on his own. Being the eldest son of his mother, and the only one who was in the United States of America, Mr. Gles was the only bread owner of his family. He has one sister and one brother who depend on him. His father has passed away years ago and therefore he has taken his father's position of providing for the family.

His arrest has definitely affected his family and me, personally in so many ways. He has personally expressed to me how sorry he is and how badly he needs another chance. I sincerely believe that, Mr. Gles has understood the consequences of his action and if given another chance, he will take full advantage of it and become a better person who will help himself, his family, his friends and the community. He has also enrolled in college and was ready to begin a new life when eventually his bad decisions that he made earlier caught him. I also want to bring to your attention that this time Mr. Gles is serving; he is not the only one feeling the pain but rather the whole community. I am therefore praying that, your honor, use your power to have mercy and be limit to him and I promise that you will never have to worry about him getting into any trouble again.

I know that he messed up but a lot of people out here really need him and I think that he deserves another chance. I am begging you in the name of God to have mercy on us and Mr. Gles. I want you to know that Mr. Gles is a very kind person and good and everything that you can imagine in a person so I'm pleading with you to please give Mr. Gles another chance. Have mercy on all of us because we really need him.

Yours faithful

Hasiya Abubakari