**EXHIBIT N**

February 20, 2008

Dear Judge Deborah A Batts,

I hope you are well. I am writing on behalf of my dear friend Abass Giles.

Abass lost his father at a very young age. So at an age when most people his age were going to school, he had to become the sole breadwinner of the family, taking care of not only his mother and little brother and sister but also some extended family as is common with our culture. Unfortunately, with such responsibility thrust upon him at such a young age, he did what he could (or whatever a young and inexperienced man thought was best) as Abass has never been one to run from responsibility, or especially to loved ones. Through all this hardship, he always spoke of his strong desire to go back to school to pursue his dreams. He was always urging friends, including me, to further their education. Even now, he still encourages me to try to go to college in letters he writes. In fact he had plans to start school just before he got incarcerated.

In his letters, a now older and wiser Abass expresses his regret and wishes he could un-do his wrongs. He has realized that it all was not worth it. It breaks his heart that he is unable to take care of his family in his present situation. His family, especially his mom and siblings are so heartbroken. So am I and his true friends that know what a great and sweet guy he is. We really need him back

here with us. I also know that a truly brilliant mind is going to waste while he is in there. And he is dying to get out, clean up his act by going back to school and becoming a contributing member to his family, friends and society at large. He really, really wants to wipe the slate clean and do the right thing although he is never going to stop regretting his past actions. That regret is going to keep his focus on doing right.

Hopefully, when you meet him, you will see the loving, friendly and well-mannered guy, and know and understand him better. We need him back with us. I pray you find it in your heart to show this young man some mercy so he can come out and pay his debt to society as he is dying to do. Thanks for your consideration.

Best Regards,

Zena Atangci.