UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

                      v.                                    07 Cr. 311-02 (DAB)

Abass Gles,

                           Defendant.

-------------------------------------------------------x

### CERTIFICATE OF SERVICE

        I, D. Alison von Rosenvinge, an attorney duly admitted to practice law before this Court, certify under penalty of perjury that on March 31, 2008, I caused to be served a true copy of the Sentencing Memorandum on behalf of Abass Gles, dated March 31, 2008, and the accompanying Exhibits, on the following attorney of record:

BY HAND

        Mr. John Zach
        Assistant United States Attorney
        United States Department of Justice
        Southern District of New York
        One Saint Andrew's Plaza
        New York, New York 10007

Dated: March 31, 2008
       New York, New York

                                By:    /s/ D. Alison von Rosenvinge