# EXHIBIT G

Honorable Deborah A. Batts
United States District Judge
Southern District Of New York
United States Courthouse
500 Pearl Street
New York, NY 10007


Dear Madam Judge,

LETTER OF LINIENCY IN FAVOUR OF ABASS GLES

    I'm very glad I had this opportunity to plead for leniency on my brother's behalf. My name is Mohammed Misbawu and am 24 years old and a student of Zenith College in Ghana and also a younger brother of Abass Gles.
  Abass Gles is a very hard working and very generous. He also has great plans for us his siblings. He helped our mother to pay our school fees after we lost our Father. He pays my fees every semester and takes care of all my needs.

  Now all my dreams are shuttered due to this immoral act. I was really disappointed in him when I heard about it.
  My brother was a very good guy and has never gotten involved in such issue when he was down here but I think he got influenced by peers and ended up in this mess. He showed a big sense of regret when I spoke to him.

My Lord am hereby not questioning your judgments but rather pleading with you on his behalf. I know anyone who commits this kind of immoral act should be punished but am pleading with you to please show a little mercy on him our entire family depend on him.

  Our mother is not all that well and the thought of this has risen the sickness and I can't imagine what would happen if it gets severe. I had to differ this semester for lack of money. My younger sister has also completed Senior Secondary School but no money to go to the university.

I believe everyone makes mistakes and then learn from them and I believe my brother has learnt his lessons well and will never get involve in this kind of immoral act for the rest of his life.

  My lord, all our family now is in your hands and once again I plead with you to be merciful in your judgment and God will richly bless you.