# EXHIBIT I

Dear Judge Batts,

It is with great honour that I write you this letter. ~~I am the maternal aunt of Mr. Gles~~ My name is Rabi Karimu and I am an employee at ~~Grand Hotel~~ Park Central Hotel in New York, NY. I have been working there for 13 years and ~~has been~~ I am a law abiding citizen of this country. I am the paternal aunt of Mr. Gles who I am aware has ~~pleaded~~ guilty to a very serious crime. I am ~~neither to apportion triggly~~ deeply sorry for my nephews action and he is without a doubt more sorry and remorseful for what he has done. We as his family members are very displeased about his actions and where it has landed him as at now. His imprisonment has affected us in more ways than one. I am therefore writing to briefly explain to you about Mr. Gles so that you can have a better picture of the defendant other than what his crime might percieve him to be.

Growing up, Abass Gles has been a bright kid who loved school and wanted to be a pilot engineer. He loved the

sciences and always made excellent grade in school. ~~He lost his father~~ Being his mothers sister, I took a major role in raising him due to the fact that his mother had a very bad illness known as epilepsy. She has been suffering from this sickness for years and being that she lives in Africa, could not get adequate treatment. The ~~mother~~ father was old and couldn't provide enough for the family. Due to the hardship, Abass couldn't continue his education after managing to complete high school. He was lucky to travel to the United States to seek greener pastures. He had been working very hard ever since he came to this country, working 2 jobs and sometimes 3 jobs at a time making under the books salary which was barely enough to provide for him and his mother and siblings. Mr. Giles has been the sole provider of his sick mother and younger siblings. He paid

for ~~them~~ his siblings to attend school, his younger brother ~~to~~ is still in college while the sister has just ~~completed~~ graduated from high school with excellent grades. Abass Gles is a very family oriented person and has been in my kids life regularly. ~~He has~~ They had a very good relationship and always want to go for the weekend at his place. He used to come help them with their homeworks whenever ~~they~~ he had the chance, take them to the movies, take them to the mosque to pray ~~and so many~~ amongst other things. He ~~also~~ helped brought unity in our family living here in the United States. The fact that he has been in prison has terribly affected me and my kids and even my husband who wasn't always home to note his presence due to his job.
He always breaks down ~~often~~ in tears when we talk on the phone which is not much due to his limited access to phone. He has absolutely realized the extent to which his mistakes have af-

ected not only him but the entire family and especially the kids. He has ~~been~~ accepted responsibility of his participation of the crime to me and asks me to pray for him ~~for~~ to God for forgiveness. He is very sorry to all the victims and the court and the government and he is ~~willing~~ more than willing to prove that he has changed. I do believe in him and I am ~~pleading~~ asking for your compassion in sentensing him. He has explained the hardship ~~that~~ he is personally going through day after day and he also understand the hardship that he has put the entire family through. For these reason, I am pleading with to give him another chance to correct his mistakes and to be a better person. I am personally asking if you can give him a period of probation in order to prove himself and I am confident that, ~~he~~ you'll

not find him to violate whatever conditions you might set up for him. Being locked up away from his loved ones for more than a year has really taught him a lesson and also a respect for the law. He knows to concentrate on his future ambitions and stay away from bad influences.

Your leniency and consideration will be highly appreciated and will make a big difference in so many people's lives.

Yours sincerely,
Rabi Karim