# EXHIBIT J

Dear Judge Deborah A. Batts
My name is Yahya M. Abdullah
I am Abass's younger cousin. I am 16 years old. I am in a New High school called Dream yard Prep. The reason I am write this letter is to inform you that My cousin is a very good Man. He is a caring, kind and loving person and also he is respectful. Abass is the type of person a child would take as a role model. He is a very Cool person When I need someone to talk to I go to him for advice. He gives good advice. Abass takes me and my other cousins out and he make sure we have a good Time. One thing that I love about Abass is that he always stresses education and I love to learn. please let him free I beg you.

Yours Truly
Yahya Abdullah