**EXHIBIT M**

Honorable Deborah A. Batts
United States District Judge
Southern District of New york
United States Courthouse
500 pearl Street
New york, New york
   10007

Dear Judge Batts
   My name is Shabani Adamu and Abass Gless is my nephew. I am an employee of Abercrombie and Fitch in Columbus Ohio.
   I am aware that Abass has pled guilty to a crime but then I believe he should be treated with mercy.
   The reason why I am saying this is that Abass is the one that takes care of his mother and his other siblings. His mother is a very sick woman. She is epileptic and cannot hold any business for a reasonable amount of time. This is because she is always having an attack every now and then. Abass has been the one that takes care of her and his siblings as well. When he is sentenced for a long time, it's going to make life miserable and unbearable for his sick mother. This will also cut short the education of his siblings because he is the one that pays for their education.

Abass is really a good person with a good heart. I believe that when he is given a second chance he would make amends.

I am therefore pleading with you to temper justice with mercy and treat Abass' case with mercy.

Yours faithfully

Shabani Adamu.