# Linklaters

1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (1) 212 903 9049
alison.von_rosenvinge@linklaters.com

The Honorable Deborah A. Batts
United States District Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007

April 7, 2008

Re:     07 CR 311 (DAB)

Dear Judge Batts,

I write with respect to the Sentencing Memorandum on Behalf of Abass Gles, filed on March 31, 2008. I hereby attach an Amended Sentencing Memorandum on Behalf of Abass Gles (the "Amended Sentencing Memorandum") which clarifies a misstatement concerning the request for alternative sentencing. Our request for alternative sentencing is for six-months of *home detention* in addition to the sentence of twenty-four months resulting from the mandatory minimum required by 18 U.S.C. § 1028A.

The changes in the Amended Sentencing Memorandum are on pages 1, 7, 8 and 16.

Respectfully submitted,

D. Alison von Rosenvinge

cc:    Assistant United States Attorney John T. Zach

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Supreme Court of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.

//