UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

United States of America,

                         v.                                       07 Cr. 311-02 (DAB)

Abass Gles,

                           Defendant.

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I, D. Alison von Rosenvinge, an attorney duly admitted to practice law before this Court, certify under penalty of perjury that on April 7, 2008, I caused to be served a true copy of the Amended Sentencing Memorandum on behalf of Abass Gles, dated April 7, 2008, and the accompanying Exhibits, on the following attorney of record:

BY HAND

           Mr. John Zach
           Assistant United States Attorney
           United States Department of Justice
           Southern District of New York
           One Saint Andrew's Plaza
           New York, New York 10007

Dated: April 7, 2008
       New York, New York

                                                                     By:    /s/ D. Alison von Rosenvinge