**ELIZABETH M. FINK**
ATTORNEY AT LAW
13 GAY STREET
NEW YORK, NEW YORK 10014
(718) 783-3682 ✯ (718) 783-5853 (fax)

**SARAH KUNSTLER**
**GIDEON ORION OLIVER**
*Of Counsel*

April 7, 2008

The Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                Re: <u>U.S. v. Kwame Prempeh</u>
                07. Cr. 311 (DAB)

Dear Judge Batts:

    Since preparing our January 4, 2008 sentencing submission, we have received additional letters from Mr. Prempeh's friends and family. These letters are attached. We respectfully request that these letters be considered prior to the imposition of sentence in this case.

    For the reasons outlined in our prior submission, we continue to urge that this Court, after considering both the Guidelines and the factors delineated in 18 U.S.C. 3553(a), sentence Mr. Prempeh to the 2-year mandatory minimum.

    Thank you for your kind consideration in this matter.

                                     Respectfully yours,

                                     *Elizabeth M. Fink*

SK/EF/bhs
                                     Elizabeth M. Fink

```
Hon. Deborah A. Batts
January 4, 2008
Page 2 of 2
```

```
                                        Sarah Kunstler
CC: AUSA John Zach                      Gideon Orion Oliver
```