Post Office Box AN 10544
Accra North
GHANA
19th September 2007

HONORABLE DEBORAH A. BATTS
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Honorable Judge Batts,

### LETTER FOR KWAME PREMPEH FOR A PLEA FOR MERCY

My lord, my name is Escalade Prempeh a brother to Kwame Osei Prempeh and a student.

My lord, I got to know of Kwame's arrest for some months back. In fact, I was surprised to hear what my brother did because he never portrayed that type of character. I know him to be a God fearing person, who always preaches good things before he traveled to the states.

My lord, my brother's arrest has really affected me both financially and emotionally. As at now, I am out of school due to non-payment of fees, this was my brother's responsibility on me.

My lord, I am therefore writing to you not because I am challenging to what he has done but for you to tamper justice with mercy and forgive him. I am very convinced that by now, he has learnt his lesson. I wish and pray that my cry will be heard and considered. Thank you.

Yours faithfully,

..........................
Escalade Osei Prempeh

Post Office Box 10544
Accra, North
GHANA

HONORABLE DEBORAH A. BATTS
United State District Judge
Southern District of New York
United State Courthouse
500 Pearl Street
New York, New York 10007
00120
Dear Honorable Judge Batts,

    I am the biological mother of the defendant Mr. Prempeh and Abena Ofori Prempeh is my government name .my lord I am honored to write these few words, first and foremost brief you about my deadly sickle cell anemia and the relation between me ,my son and other kids and how vital kwame in particular plays in our entire life .

    It is generally believed that each every parent is suppose to take care of their young ones till they are of age ,but rather this poor boy wasn't that fortunate due to my sickness and the irresponsibility of the father who abandoned us .Your honor my sickness is on and off and am always feeling very weak due to the medication that am on right now. This poor boy stood up for us at all cost.

    Your honor I am very aware of the serious crime my son has committed and am asking for mercy and sympathy when sentencing my savior because the more Prempeh stays incarceration the worse our situation and my health condition .

    Thank you very much and may he bestow his reward on you.

                                                       Yours truly
                                                      Abena Ofori Prempeh

HONORABLE DEBORAH A. BATTS
United State District Judge
Southern District of New York
United State Courthouse
500 Pearl Street
New York, New York 10007

Dear Honorable Judge Batts,

    Fati Adams is my name and I am a retired nurse from Christiana hospital. I am the mother of Mr. Prempeh's girlfriend. I heard my future son in law has plead guilty to a serious crime which was quite unusual to the person that I know as religious, responsible and law abiding. He never came into contact with the law enforcement before. A wrong decision made split seconds has landed a person where he does not belong and above all paint him black as far as character and behavior is concern. I am therefore in a position to plead on this kid and his poverty stricken family back in Africa to consider him as a victim of circumstance and have mercy on him when sentencing.

    Mr. Prempeh who is always around us prior to his arrest is a kind and caring person whose absence is being felt not only by immediate family but us well. My offspring's are all females and Mr. Prempeh serves as my one and only son who voluntarily clears the snow in front my house any time it snow and I had no type of problem with my daughters since he stepped a foot in my house.

    Nobody is above the law, hence any crime committed follows up with a punishment and I am for certain my son has learnt his and once again pleading with you to consider his immediate family whose entire welfare depend on this poor boy, when sentencing and have mercy on him.

    Your kind consideration has been appreciated in advance and may god bless you.

                                              Yours faithfully

                                              Fati Adams

                                              *Fati Adams* (signature)

①                                                    1-29-08

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Honorable Judge Batts,
    My name I a x e __ and I work for Columbus Steel. I am a very close friend of Mr Prempeh and the reason for this letter is that I am aware he has pled guilty to a very serious crime and I am writting to plead with your honour to exercise mercy and leniency when sentencing.
    I have known mr Prempeh since we were kids. He is a kind hearted guy who just happened to get caught up in the complex web of life. Being very close to Prempeh I am personally aware of the many hardships and obstacles he has faced. Him his mother and twin sibling were abondoned by their father at a very young age. I was very happy when I learned of his arrival in ~~the country~~ united states knowing that, this country will provide him a better opportunity in life. Like most African families, the elderst son always assume the ~~fatherly~~ role when the ~~father~~ is not around. Therfore mr Prempeh assumed this role at a very young age with just little to work with. He has worked in various places often

(2)

working two jobs at a time making barely enough to feed himself and his family back home. It is due all this and also the influence of friends that he committed this offense. Your honour, I know this kid very well and I'll like to promise you that, if given another chance, he'll absolutely stay away from trouble. From speaking to him I know he's very sorry for what he has done and do not wish to return to jail after being released.

I want you to please give him a second chance. This is a guy who has never been in trouble all his life. He got himself in trouble not for selfish reasons but just to be able to help his family and others as well even though that's still not a justifiable reason for his acts. I am just bringing that fact to light in order that ~~your honour,~~ you can have a better picture of the person you are about to sentence. His mother is not very healthy and she has been in great hardship including the kids.

Your honour Mr Prempeh is the only one supporting his family in terms of food, clothing and shelter. His family absolutely depend on his support and the sentence you are about to impose on him will be the sole determination of how long his family will stay without this support.

I therefore pray that you view him with mercy and leniency and give him a break this time. Thanks in advance may God reward you.

Yours faithfully

Lare Akowune