UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-----------------------------------------------x

United States of America,

                Plaintiffs,

v.

Abass Gles,

                Defendants.

-----------------------------------------------x

07-CR-311-02 (DAB)

[Proposed] Order Recommending Transfer to the Federal Correctional Institution in Fort Dix, New Jersey

### [PROPOSED] ORDER RECOMMENDING TRANSFER TO THE FEDERAL CORRECTIONAL INSTITUTION IN FORT DIX, NEW JERSEY

The Court hereby recommends that Abass Gles be transferred to the Federal Correctional Institution in Fort Dix, New Jersey or to a Federal Correctional Institution that is close to the New York metropolitan area if Fort Dix is not an option.

DATED: April 15, 2008

*Deborah A. Batts*

Honorable Deborah A. Batts
United States District Judge